TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff
Amaka Donn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Amaka Donn, | Case No.: 2:19-cv-01010-ODW-ADS |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Jenny Craig, Inc., | |
| Defendant. | |

Plaintiff, Amaka Donn, by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1  Dated: May 3, 2019

2                                          Respectfully submitted,

3

4                                          By:  /s/*Trinette G. Kent*
                                           Trinette G. Kent, Esq.
5                                          Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2019, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the Central District of California and is available on ECF.

By:   /s/*Trinette G. Kent*
Trinette G. Kent, Esq.
Attorneys for Plaintiff