JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAKA DONN,<br><br>            Plaintiff,<br><br>     v.<br><br>JENNY CRAIG, INC.,<br><br>            Defendants. | Case No: 2:19-cv-01010-ODW (ADSx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [11]** |

1

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 11) and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** with prejudice; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

May 6, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**